```
        IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

           MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION




COREY JARREL JOHNSON,        )
                             )
    Plaintiff,               )
                             )
                             )         CIVIL ACTION NO.
    v.                       )           1:14cv220-MHT
                             )               (WO)
UNITED STATES OF AMERICA,    )
                             )
    Defendant.               )


AMANDA JO PEACOCK,           )
                             )
    Plaintiff,               )
                             )
                             )         CIVIL ACTION NO.
    v.                       )           1:14cv221-MHT
                             )               (WO)
UNITED STATES OF AMERICA,    )
                             )
    Defendant.               )
```

**KA.I.P., a minor, by and  )
through her maternal  )
grandmother, custodian and  )
next friend, Stephanie  )
Jones; KE.I.P., a minor,  )
by and through his  )
maternal grandmother,  )
custodian and next friend,  )
Stephanie Jones; and  )
K.J.P., a minor, by and  )
through his maternal  )
grandmother, custodian and  )
next friend, Wendy Hall;  )
                          )
    Plaintiffs,           )
                          )       CIVIL ACTION NO.
    v.                    )         1:14cv222-MHT
                          )            (WO)
UNITED STATES OF AMERICA, )
                          )
    Defendant.            )**

## JUDGMENT

In accordance with the opinion entered on this date, it is ORDERED, ADJUDGED, and DECREED as follows:

(1) Defendant United States of America's motion to dismiss (doc. no. 13) in civil action no. 1:14cv222-MHT is granted.

(2) Counts six, seven, and eight (claims for loss of parental consortium) of the complaint (doc. no. 1)

2

in civil action no. 1:14cv222-MHT are dismissed with prejudice.

(3) Plaintiffs Ke.I.P. and K.J.P. are dismissed and terminated as parties to this litigation because they have no other claims.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

These cases are not closed.

DONE, this the 3rd day of December, 2014.

                            /s/ Myron H. Thompson
                            **UNITED STATES DISTRICT JUDGE**