# IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

# MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| COREY JARREL JOHNSON, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 1:14cv220-MHT |
| | ) | (WO) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
|     Defendant. | ) | |
| | | |
| AMANDA JO PEACOCK, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 1:14cv221-MHT |
| | ) | (WO) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
|     Defendant. | ) | |

```
KA.I.P., a minor, by and        )
through her maternal            )
grandmother, custodian and      )
next friend, Stephanie          )
Jones; KE.I.P., a minor,        )
by and through his              )
maternal grandmother,           )
custodian and next friend,      )
Stephanie Jones; and            )
K.J.P., a minor, by and         )
through his maternal            )
grandmother, custodian and      )
next friend, Wendy Hall;        )
                                )
     Plaintiffs,                )
                                )       CIVIL ACTION NO.
     v.                         )        1:14cv222-MHT
                                )            (WO)
UNITED STATES OF AMERICA,       )
                                )
     Defendant.                 )
```

## JUDGMENT

Pursuant to the joint stipulation of dismissal (doc. no. 56), it is the ORDER, JUDGMENT, and DECREE of the court that these cases are dismissed in their entirety with prejudice.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

These cases are to remain closed.

DONE, this the 6th day of February, 2018.

                                       /s/ Myron H. Thompson
                                       UNITED STATES DISTRICT JUDGE